IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES M. MILLIKEN,

        Plaintiff,                    No. 2:10-cv-1412-JFM (PC)

    vs.

MR. LIGHTFIELD, et al.,

        Defendants.

                             /                 <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2010, plaintiff filed a motion for leave to amend his complaint together with a proposed first amended complaint. Plaintiff is entitled to amend his complaint once as of right prior to service of a responsive pleading. <u>See</u> Fed. R. Civ. P. 15(a). On September 22, 2010, signed waivers of service were returned from defendants Lewis, Lightfield and Taylor. Defendants have not yet filed a responsive pleading.[1] Accordingly, plaintiff is entitled to amend his complaint and his motion will therefore be granted.

        The first amended complaint states a cognizable claim for relief against defendants Lewis, Lightfield and Taylor pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Accordingly, said defendants will be directed to respond to the first amended complaint.

---

[1] Defendants' responsive pleading is not due until sixty days after August 20, 2010.

1

1           Plaintiff has also filed a second motion for the appointment of counsel.[2] The
2    United States Supreme Court has ruled that district courts lack authority to require counsel to
3    represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296,
4    298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance
5    of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir.
6    1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the
7    court does not find the required exceptional circumstances. Plaintiff's motion for the
8    appointment of counsel will therefore be denied.
9           In accordance with the above, IT IS HEREBY ORDERED that:
10           1. Plaintiff's October 8, 2010 motion to amend is granted.
11           2. Plaintiff's first amended complaint states a cognizable claim for relief against
12    defendants Lightfield, Lewis, Taylor.
13           3. The Clerk of the Court is directed to send a copy of plaintiff's first amended
14    complaint and a copy of this order to Deputy Attorney General Richard B. Price, Office of the
15    Attorney General, P.O. Box 944255, Sacramento, CA 94244-2550.
16           4. Within twenty days from the date of this order defendants Lightfield, Lewis,
17    and Taylor shall file and serve a response to plaintiff's first amended complaint.
18           5. Plaintiff's October 8, 2010 motion for appointment of counsel is denied.
19    DATED: October 18, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill1412.1am

---

[2] Plaintiff's first motion for appointment of counsel was denied by order filed July 21, 2010.

2