1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11                        ----oo0oo----

12  JAMES M. MILLIKEN,
                                NO. CIV. 2:10-1412 WBS JFM
13          Plaintiff,
                                ORDER RE: MAGISTRATE JUDGE'S
14          v.                  FINDINGS AND RECOMMENDATIONS

15  D. LIGHTFIELD, et al.,

16          Defendants.

17  _____/

18                        ----oo0oo----

19          Plaintiff James M. Milliken, a prisoner proceeding pro

20  se, brought this action pursuant to 42 U.S.C. § 1983 alleging

21  violations of his Eighth Amendment rights.  The matter was

22  referred to a United States Magistrate Judge pursuant to 28

23  U.S.C. § 636(b)(1)(B), Local General Order No. 262, and Local

24  Rule 302(c)(17).  Defendants filed a motion to dismiss for

25  failure to state a claim pursuant to Federal Rule of Civil

26  Procedure 12(b)(6), and Magistrate Judge Moulds recommended that

27  the court deny defendants' motion in his Findings and

28  Recommendations issued June 21, 2011.  Defendants did not file

                                1

1  objections to the Findings and Recommendations.

2          This court has reviewed the record and the Findings and

3  Recommendations and will adopt the Magistrate Judge's

4  recommendation to deny defendants' motion to dismiss.  Although

5  the Magistrate Judge did not cite to or discuss the Supreme

6  Court's most recent decision addressing motions to dismiss under

7  Rule 12(b)(6), Ashcroft v. Iqbal, 129 S.Ct. 1937, --- U.S. ----

8  (2009), the court is satisfied that the Magistrate Judge applied

9  the proper standard, especially given the Magistrate Judge's

10  discussion of Starr v. Baca, 633 F.3d 1191 (9th Cir. 2011).  In

11  Starr, the Ninth Circuit addressed Iqbal's effect on Rule

12  8(a)(2)'s pleading standard and "supervisor liability" under §

13  1983, which were both at issue in defendants' motion to dismiss.

14          Accordingly, because the Magistrate Judge's Findings

15  and Recommendations are supported by the record and analysis of

16  relevant law, the court will adopt the Findings and

17  Recommendations in full.

18          IT IS THEREFORE ORDERED that (1) the Magistrate Judge's

19  Findings and Recommendations of June 21, 2011, be, and the same

20  hereby are, adopted in full; and (2) defendants' motion to

21  dismiss plaintiff's First Amended Complaint be, and same hereby

22  is, DENIED.

23  DATED: July 21, 2011

24

25  _____

26  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

27

28