IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES M. MILLIKEN,

      Plaintiff,                           No. 2:10-cv-1412 WBS JFM (PC)

    vs.

D. LIGHTFIELD, et al.,

      Defendants.              <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 4, 2012, plaintiff filed a letter addressed to the Clerk of the Court concerning access to the prison law library and legal supplies.  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to the contentions in plaintiff's letter.

DATED: April 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12;mill1412.o

1