1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                       FOR THE EASTERN DISTRICT OF CALIFORNIA

11   JAMES M. MILLIKEN,

12                  Plaintiff,                    No. 2:10-cv-1412-WBS-JFM (PC)

13          vs.

14   MR. LIGHTFIELD, et al.,

15                  Defendants.              ORDER

16   _____/

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  This action is proceeding on plaintiff's first amended complaint, filed October

19   8, 2010.  Plaintiff claims that his rights under the Eighth Amendment were violated by deliberate

20   indifference to his health and safety.

21          By order filed June 18, 2012, the court directed a procedure for deposition by

22   written questions of inmate Sergio Soto.  Defendants have now filed objections to the proposed

23   questions for said inmate and proposed written cross-examination questions, and plaintiff has

24   filed objections to the proposed cross-examination questions.  After review of all of the relevant

25   documents, and good cause appearing, all of the proposed questions and cross-examination

26   questions will be forwarded to inmate Soto for responses.  All objections to the proposed

1  questions and proposed cross-examination questions will be preserved and admissibility of any

2  and all responses will be subject to said objections and any others that may be raised at the time

3  any response is offered into evidence.

4        The court now orders the clerk to forward a copy of the direct examination

5  questions and the cross-examination questions to the deponent along with a subpoena issued by

6  the court and a copy of this order.  The deponent shall write out the answers to the questions on

7  the forms provided, swear to their truthfulness, and return them to the court.  The clerk shall then

8  forward copies of the answers to the parties.  Counsel for defendants are ordered to provide such

9  assistance as is required within the prisons to effectuate this order.  The deposition shall occur

10  within thirty days from the date of this order.

11        In accordance with the above, IT IS HEREBY ORDERED that:

12        1.  The clerk of the court is ordered to forward the subpoena, a copy of this order,

13  a copy of the written deposition questions (pages 1-4 of document # 59), and a copy of the

14  written cross-examination questions (document # 61) to Sergio Soto, # J-00959, California State

15  Prison-Sacramento, P.O. Box 290002, Represa, CA 95671;

16        2.  Mr. Soto shall return the questions pursuant to subpoena to the court no later

17  than thirty days after the date of this order; and

18        3.  Upon receipt of the deposition answers, the clerk of the court shall forward

19  copies to the parties; and

20        4.  Plaintiff's opposition to defendants' September 27, 2012 motion for summary

21  judgment shall be filed and served not later than thirty days after service of inmate Soto's

22  /////

23  /////

24  /////

25  /////

26  /////

1  responses and defendants' reply, if any, shall be filed and served not later than fourteen days

2  thereafter.

3  DATED: September 28, 2012.

4

5                                          _____
                                           UNITED STATES MAGISTRATE JUDGE
6

7  12
   mill1412.415.1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3